```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :    18cr27(DLC)
                                         :
        -v-                              :    ORDER
                                         :
FELIX CORTORREAL VASQUEZ,                :
                    Defendant.           :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

Trial in this case is scheduled to begin on January 6, 2025 at 9:30 AM. Accordingly, it is hereby

ORDERED that any Rule 404(b) motions and motions <u>in limine</u> shall be filed by **December 6, 2024**; opposition shall be filed by **December 13**. Two courtesy copies shall be delivered by counsel to Chambers on the same day.

IT IS FURTHER ORDERED that any written Voir Dire requests, Requests to Charge or Trial Memorandum, shall be filed by **December 13**. Two courtesy copies shall be delivered by counsel to Chambers on the same day.

IT IS FURTHER ORDERED that the final pretrial conference is scheduled for **December 19, 2024** at **10:30 AM** in Courtroom 18B, 500 Pearl Street.

2

The Court's Individual Rules of Trial Practice in Criminal Cases are enclosed.

Dated:   New York, New York
         September 4, 2024

                                        _____
                                             DENISE COTE
                                        United States District Judge